ACCEPTED
03-15-00252-CV
7360581
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 5:12:48 PM
JEFFREY D. KYLE
CLERK



1221 McKinney Street, Suite 4500 | Houston, Texas 77010
Phone 713.951.3700 | Fax 713.951.3720
www.beckredden.com

CONSTANCE H. PFEIFFER
BOARD CERTIFIED ♦ CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 5:12:48 PM
JEFFREY D. KYLE
Clerk

Direct: (713) 951-3727
cpfeiffer@beckredden.com

October 13, 2015

Re:     No. 03-15-00252-CV, *Dr. Behzad Nazari, D.D.S., et al. v. The State of Texas v. Xerox Corporation, et al.*, In the Third Court of Appeals of Texas

Jeffrey D. Kyle, Clerk of the Court                    ***By E-Filing***
Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Dear Mr. Kyle:

The State of Texas filed an Unopposed Motion to Postpone Argument in the above-referenced matter. In the motion, the State explained its schedule conflict with the November 4th setting and proposed alternatives dates on which the parties have no conflicting court appearances.

Xerox wishes to clarify that the week of November 16th is available—except for November 18th, because Xerox's lead trial counsel has a previously scheduled oral argument on that day. Xerox could be available to present argument on any other day that week or November 23-25th (before Thanksgiving).

Very truly yours,

*/s/ Connie Pfeiffer*

Connie Pfeiffer